HORNBLOWER & WEEKS, INC. Plaintiff–Counter–Defendant,

Jon Cedar, Russell Development Association, Michael Ostro and Hart Rotenberg, Plaintiffs,

v.

BLUE MARLIN BREWERIES, INC., Defendant–Counter– Claimant–Appellant,

and

Dennis L. Valdez, Defendant–Appellant.

No. 02–7189.

United States Court of Appeals, Second Circuit.

June 10, 2003.

Thomas F. Pepe, Pepe & Nemire, P.A., Coral Gables, FL, (Plaintiff–Counter–Defendant Hornblower & Weeks did not appear or submit a brief), for Appellants.

Present: Hon. RALPH K. WINTER, Hon. ROBERT A. KATZMANN, Circuit Judges, and Hon. RICHARD W. GOLDBERG,* Judge.

* The Honorable Richard W. Goldberg, of the United States Court for International Trade, sitting by designation.

SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 10th day of June, two thousand three.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Appellants Blue Marlin Breweries, Inc., and Dennis L. Valdez appeal an order of the United States District Court for the Southern District of New York (Kevin Fox, *M.J.*) denying defendants' motion for a new trial pursuant to Fed.R.Civ.P. 59. We have considered appellants' arguments, and find no error in the district court's decision.

The judgment of the district court is AFFIRMED.